**Order entered March 26, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-18-00982-CV**

**JOHN H. GEORGE, Appellant**

**V.**

**MARIA GUADALUPE GEORGE, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

**ORDER**

Appellee's second motion for extension of time to file her brief is **GRANTED**, and the time for appellee to file her brief is **EXTENDED** to April 30, 2020.

/s/     LANA MYERS
        PRESIDING JUSTICE